| DIST. | OFF. | YR. | DOCKET NUMBER | MAGISTRATE MO DAY YEAR | | | $ DEMAND Nearest $1,000 | JUDGE | COUNTY | JY | YR | DOCKET NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 113C | 9 | 84 | 8030-CIV-NCR | 01 19 84 | 3 | 840 1 | J M | 3C19 | 12085 | | 84 | 8030-CIV-NCR |

**PLAINTIFFS**

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

A-7

**DEFENDANTS**

PRUDENTIAL GROUP, INC. a/k/a PRUDENTIAL FUNDING

TRADEMARK INFRINGEMENT:

SUIT FOR PRELIMINARY AND PERMANENT INJUNCTIVE RELIEF

**CAUSE**

(CITE THE U.S. CIVIL STATUTE UNDER WHICH THE CASE IS FILED AND WRITE A BRIEF STATEMENT OF CAUSE)

Defts. be enjoined from using Pltf's. trademark "PRUDENTIAL" in unfair competition.

**ATTORNEYS**

(1) WICKER, SMITH, BLOMQVIST, TUTAN,
O'HARA, McCOY, GRAHAM & LANE
c/o FRANK A. LANE
10th Floor, Biscayne Building
Miami, FL  33130
(305-358-2411)

| | FILING FEES PAID | | | STATISTICAL CARDS | |
|---|---|---|---|---|---|
| CHECK HERE IF CASE WAS FILED IN FORMA | DATE | RECEIPT NUMBER P | C.D. NUMBER | CARD JS-5 JS-6 | DATE MA 01/27/84 |

```
                                                              84-8030-CIV-NCR
                                                              JS-5
  1984
Jan. 19    1    COMPLAINT
     19    2    SUMMONS issued as to deft. by serving James Fanning, Manager          ph
     27    --   AO FORM 120 to commissioner of Patents.                                ph
Feb. 28    3    NOTICE of status hrg. on 3/13/84 @ 9:45 a.m. @ U.S. Courthouse         ph
                  Ft. Pierce, FL before the honorable Judge Roettger.
   * 24    4    RETURN of svc. on summons through James Fanning, Mgr. exec. 2/1/84.    ph
Mar.  1    5    MOTION for entry of default & memo. (w/exhibit att.) by pltf.          ph
                                                                                       ph
Apr.  9    6    ORDER (NCR 4/7/84) Default entered against deft and in favor of pltf.  ph

June 22    7    MOTION for entry of permanent injunction by pltf. & Memo.

Dec. 31    8    ORDER (NCR 12/31/84) In accordance w/parties settlement agreement, cause
                  is dismissed w/prejudice to & costs taxable against all parties. Court
                  may grant reinstatement by mot. in order to carry out stips. of settlement.
                  (EOD 12/31/84)

 1985

Jan. 15    9    MOTION to vacate/and for entry of permanent injunstion by pltfs. & Memo.

Apr. 23   10    ORDER (NCR 4/18/85) Order dated 12/31/84 is hereby vacated. Hrg. on pltf's   ph
                  Mot. for entry of permanent injuc. to be held on 5/21/85 @ 1:15 p.m.
                  Courtroom #2, W.P.B. (EOD 4/25/85)

May  28   11    COURT Minutes on hrg. on Mot. for Permanent Injunc held on 5/21/85.    ph

Jun  25   12    ORDER (NCR 6/21/85) Mot. to vacate & for Order of PERMANENT I
                  INJUNCTION, GRANTED. Defts. are are restrained from using
                  tradename "Prudential", further Ordered that defts. destory,
                  deliver up for destruction all labels, signs, etc. which bears
                  th name & service mark of "Prudentail" (EOD 6/26/85)                 ph
```

Entry No. 13